IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01714-BNB-KLM

RICHARD HENDERSON,

Plaintiff,

v.

BENCHMARK STRATEGY, LLC,

Defendant.

_____

**ORDER**
_____

This matter arises on defendant's **Motion for Leave to Supplement Motion for Summary Judgment** [Doc. # 33, filed 3/9/2010] (the "Motion to Supplement"). Good cause has been shown, and I will allow the defendant to supplement its arguments in support of summary judgment by use of the additional evidence. I will not accept piecemeal filings, however. Instead, I will deny without prejudice defendant's now pending motion for summary judgment and allow the defendant to file a renewed motion making all of its arguments.

IT IS ORDERED that the Motion to Supplement [Doc. # 33] is GRANTED.

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment [Doc. # 23, filed 12/14/2010] is DENIED without prejudice. A renewed motion for summary judgment may be filed within the dispositive motion deadline.

DATED March 25, 2010.

BY THE COURT:

    s/ Boyd N. Boland
United States Magistrate Judge