IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 09-cv-01714-BNB-KLM | FTR BNB COURTROOM A 401 |
| **Date:** November 4, 2010 | Geneva D. Mattei, Deputy Clerk |

RICHARD HENDERSON,                               Pro Se

        Plaintiff(s),

v.

BENCHMARK STRATEGY, LLC,                  James Ghiselli

        Defendant(s).

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

Court in Session:   1:30 p.m.

Court calls case.

Appearances of Counsel

Court questions counsel and pro se plaintiff concerning status of case.

**ORDERED:   Defendant's motion for summary judgment [ Doc. #37; filed 4/30/10] is denied without prejudice as stated on the record.**

**ORDERED:   The dispositive motion deadline is extended to November 30, 2010.**

Court in Recess: 1:54 p.m.     Hearing concluded.     Total time in court: 00:24

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.