IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01714-BNB-KLM

RICHARD HENDERSON,

Plaintiff,

v.

BENCHMARK STRATEGY, LLC,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Defendant's Motion for Summary Judgment** [Doc. # 37, filed 4/30/2010] (the "Motion for Summary Judgment"); and

(2) **Defendant's Motion for Leave to Submit Memorandum Regarding Show Cause Order** [Doc. # 48, filed 11/10/2010] (the "Motion for Leave").

I held a status conference this afternoon during which these matters were discussed. For the reasons stated on the record during the status conference,

IT IS ORDERED that:

(1) The Motion for Summary Judgment [Doc. # 37] is DENIED without prejudice;

(2) The deadline to file dispositive motions is extended to and including **November 30, 2010**; and

(3) The Motion for Leave [Doc. # 48] is DENIED as moot.

DATED November 4, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge