IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01714-BNB-KLM

RICHARD HENDERSON,

Plaintiff,

v.

BENCHMARK STRATEGY, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Appear Telephonically** [docket no. 58, filed September 6, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff may appear telephonically by calling Chambers on September 8, 2011, at 1:30 p.m., Mountain Daylight Time, at **303/844-6408**.

DATED:  September 7, 2011