IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01714-BNB-KLM

RICHARD HENDERSON,

Plaintiff,

v.

BENCHMARK STRATEGY, LLC,

Defendant.

_____

# ORDER
_____

At a status conference this afternoon, the defendant indicated its intention to dismiss its counterclaim for breach of contract.

IT IS ORDERED that on or before **September 15, 2011**, the defendant shall file a stipulation or motion to dismiss the counterclaim, pursuant to Fed. R. Civ. P. 41(c).

Dated September 8, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge