IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01714-BNB-KLM

RICHARD HENDERSON,

Plaintiff,

v.

BENCHMARK STRATEGY, LLC,

Defendant.

## ORDER

By an Order [Doc. # 57, filed 8/16/2011] I granted the defendant's motion for summary judgment on the plaintiff's sole claim for breach of contract. Subsequently, the parties filed a Stipulation for Dismissal of Counterclaim [Doc. # 62, filed 9/15/2011].

IT IS ORDERED:

(1) Consistent with the Order [Doc. # 57], the Clerk of the Court is directed to enter judgment in favor of the defendant and against the plaintiff on the plaintiff's claim for breach of contract, dismissing that claim with prejudice; and

(2) On the stipulation of the parties, the defendant's counterclaim is dismissed pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c).

Dated September 19, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge